THE CENTRAL JERSEY BANK AND TRUST COMPANY v. THE EMPLOYERS INSURANCE COMPANY OF WAUSAU.

December 12, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS VANCE.

December 12, 1983.

Petition for certification denied.

HORSEMEN'S BENEVOLENT AND PROTECTIVE ASSOCIATION, NEW JERSEY DIVISION v. ATLANTIC CITY RACING ASSOCIATION.

December 12, 1983.

Petition for certification granted.

SHARON STENGEL v. ROBERT J. STENGEL.

December 12, 1983.

Petition for certification denied.